Certificate Number: 05781-MSN-DE-041645897

Bankruptcy Case Number: 22-12864

05781-MSN-DE-041645897

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2026, at 6:16 o'clock PM PST, Bridgett Martin completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date: November 5, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President